IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAREN MARIE EFFERS,<br><br>Defendant. | CR 25-39-BU-DLC<br><br>ORDER |

On October 16, 2025, Defendant Karen Marie Effers appeared before the Court for an initial appearance and arraignment on the indictment pending against her. As discussed during the appearance and agreed to by Defendant,

IT IS ORDERED that Defendant is directed to send her passport to counsel representing her, who will then submit the passport to United States Probation.

DATED this 20th day of October, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1