IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–39–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| KAREN MARIE EFFERS, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 27.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Defendant Karen Marie Effers is charged with one count of theft of public money, in violation of 18 U.S.C. § 641, as set forth in the Indictment. (Doc. 1.) Judge DeSoto recommends that this Court accept Effers's guilty plea as to the sole Count after Effers appeared before her pursuant to Federal Rule of Criminal

Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 27) is ADOPTED in full.

IT IS FURTHER ORDERED that Effers's motion to change plea (Doc. 19) is GRANTED.

IT IS FURTHER ORDERED that Karen Marie Effers is adjudged guilty as charged in the Indictment.

DATED this 29th day of December, 2025.

_____
Dana L. Christensen, District Judge
United States District Court